IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER D. TWITTY, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:12-cv-03582-AKK ) ) |
| RMB, INC., | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, by and through undersigned counsel, and the Defendants, by and through their counsel of record, and jointly request this Honorable Court to dismiss this case, with prejudice, costs taxed as paid. In support of this motion, the Parties represent they have reached a separate confidential settlement agreement of this disputed matter.

WHEREFORE, PREMISES CONSIDERED, the Parties request this Honorable Court to dismiss this case, with prejudice, costs taxed as paid.

_/s/ S. Scott Allums_
S. Scott Allums
S. Scott Allums, PC
506 N. 18th St.
Bessemer, AL 35020
*Attorney for Plaintiff*

_/s/ Neal D. Moore, III_
Neal D. Moore, III
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
*Attorney for Defendant, RMB, Inc.*

{W0343277.1 }